UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2022

Diamond Hands Consulting Ltd.,

        Plaintiff,

–v–

Kyle R. Bongers, et al.,

        Defendants.

21-cv-11223 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Plaintiff's motion for preliminary injunction, Dkt. No. 23, and Defendants' motion to dismiss for lack of personal jurisdiction and improper venue, Dkt. No. 32. The Court hereby sets the following briefing schedule for the motions:

- Defendants' response to the motion for preliminary injunction – February 14, 2022
- Plaintiffs' reply in support of the motion for preliminary injunction and response to Defendants' motion to dismiss – February 21, 2022
- Defendants' reply in support of motion to dismiss – February 28, 2022

SO ORDERED.

Dated: February 8, 2022
New York, New York

_____
ALISON J. NATHAN
United States District Judge