UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/01/2022
```

DIAMOND HANDS CONSULTING LTD.,

                    Plaintiff,

v.

KYLE R. BONGERS, *also known as* BTCVIX and DarthVIX, HURLEY BLAKE STARLING, *also known as* DR. CRYPTO VENDOR, JOHN DOE 1, and NOAH KAZLOW, *agent of* NIKOLAI WHITE and NIKO,

                    Defendants.

21-CV-11223 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      A hearing in this case is scheduled for June 9, 2022 at 11:00 a.m. *See* Dkts. 63, 65. The hearing will be conducted virtually via Microsoft Teams videoconference. The parties and members of the public may access the proceeding by using the following dial-in information: Call-in Number: 917-933-2166; Access Code: 616 253 725.

      Plaintiff shall immediately upon receipt serve a copy of this Order on Defendant Kazlow and file proof of service on the docket.

SO ORDERED.

Dated:    June 1, 2022
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge