USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAMOND HANDS CONSULTING LTD.,

                Plaintiff,

v.

KYLE R. BONGERS, *also known as* BTCVIX and DarthVIX, HURLEY BLAKE STARLING, *also known as* DR. CRYPTO VENDOR, JOHN DOE 1, and NOAH KAZLOW, *agent of* NIKOLAI WHITE and NIKO,

                Defendants.

---

21-CV-11223 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated at today's hearing, the Court denies both Plaintiff's motion for default judgment against Noah Kazlow and Defendants Kyle R. Bongers' and Hurley Blake Starling's motion to dismiss.

    Mr. Kazlow shall, either on his own behalf or through counsel, respond to Plaintiff's motion for a preliminary injunction against him on or before June 23, 2022. To the extent Plaintiff or Defendants Bongers and Starling intend to respond, they shall do so by July 7, 2022.

    The Court further orders Mr. Kazlow to respond to the complaint by no later than July 11, 2022.

    The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 32, 41, and 55.

SO ORDERED.

Dated:    June 9, 2022
          New York, New York

                                                Ronnie Abrams
                                                United States District Judge