USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAMOND HANDS CONSULTING LTD.,

                Plaintiff,

v.

KYLE R. BONGERS, *also known as* BTCVIX and DarthVIX, HURLEY BLAKE STARLING, *also known as* DR. CRYPTO VENDOR, JOHN DOE 1, and NOAH KAZLOW, *agent of* NIKOLAI WHITE and NIKO,

                Defendants.

21-CV-11223 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

     A remote hearing is scheduled in this matter for Thursday, August 11, 2022 at 12:00 p.m.

Members of the public may access this proceeding by using the following call-in information:

(646) 453-4442; Access Code: 246 020 371.

SO ORDERED.

Dated:    August 10, 2022
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge