USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAMOND HANDS CONSULTING LTD.,

         Plaintiff,

v.

KYLE R. BONGERS, *also known as* BTCVIX and DarthVIX, HURLEY BLAKE STARLING, *also known as* DR. CRYPTO VENDOR, JOHN DOE 1, and NOAH KAZLOW, *agent of* NIKOLAI WHITE and NIKO,

         Defendants.

---

21-CV-11223 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

 For the reasons stated at today's hearing, Plaintiffs' motions to hold Defendants in civil contempt are denied.

 By no later than one week from today, the parties shall file letters with the Court that:

(1) Advise the Court as to whether, in lieu of requiring Defendants to turn over their accounts and/or domain names, the parties consent to the Court's issuance of an Order to the platforms themselves, directing them to temporarily disable or suspend the accounts in question. If the parties do so consent, they shall submit a joint proposed order, which shall include a list of the infringing accounts, domain names, and the target platforms.

(2) If the parties do not all so consent, they shall each propose language clarifying how best to accomplish what was intended by the following language of the Preliminary Injunction Orders: "Defendants shall turn over control of any and all social media accounts and/or domain names that have infringed DHC's trademarks, including without limitation each account and domain name controlled by Defendants identified in Plaintiff's Verified Complaint."

 The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Kazlow at 730 Bunker Road, Valley Stream, New York 11581.

SO ORDERED.

Dated: August 11, 2022
    New York, New York

_____
Ronnie Abrams
United States District Judge