```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAMOND HANDS CONSULTING LTD.,

                    Plaintiff,

      v.

KYLE R. BONGERS, *also known as* BTCVIX and DARTHVIX, HURLEY BLAKE STARLING, *also known as* DR. CRYPTO VENDOR, JOHN DOE 1, and NOAH KAZLOW, *agent of Nikolai White and Niko*,

                    Defendants.

---

21-CV-11223 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the parties' letters and respective proposed orders. By no later than Monday, August 29, 2022, the parties shall file letters addressing the following issues:

1. In their proposed orders, each party included several handles and/or domains that the other party did not. Plaintiff's proposed order included the following two Telegram handles, which Defendants Bongers' and Starling's proposed order omitted: @SSB_SatoshiBot and @SatoshiBusinessAssociation. Defendants Bongers and Starling likewise included two Twitter accounts in their proposed order, @SatoshiStBet and @SSBToken, as well as the website ssb.slapattack.com, which Plaintiff did not. The parties' letters shall advise the Court as to whether they object to the inclusion of these handles, accounts, and/or domains and if so, on what basis.

2. The Court further understands that the Defendants object to Plaintiff's inclusion of Telegram Account Numbers -1001449502197 (currently @DGENProtocol), -1001347606273 (currently @DGENLabs), and -1001239485715 (currently @DGENLabsAnnouncements). In their letters, the parties shall each provide the relevant caselaw supporting their positions as to whether or not the Court should allow Defendants to maintain possession of these accounts during the pendency of this litigation (subject, perhaps, to an order requiring them to remove historical alleged infringing content).

3. Finally, in the event that the platforms are unable to temporarily disable and preserve the accounts, handles, and/or profiles in question and the Court were inclined to appoint an escrowee to do so, the parties shall propose who that escrowee might be and the procedure by which it would comply with the Court's Order.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Kazlow at 730 Bunker Road, Valley Stream, New York 11581.

SO ORDERED.

Dated:    August 25, 2022
              New York, New York

Ronnie Abrams
United States District Judge