UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DIAMOND HANDS CONSULTING LTD.,

                                      Plaintiff,

              -against-

KYLE R. BONGERS, et al.,

                                  Defendants.

------------------------------------------------------------X

21-CV-11223 (RA)(SN)

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2022

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Wednesday, November 9, 2022, at 10:00 a.m. At least one week prior to the conference, the parties are directed to confirm whether the conference will be held telephonically or in person

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, November 2, 2022 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                           _____
                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:       September 9, 2022
                  New York, New York