UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DIAMOND HANDS CONSULTING LTD.,

                              **Plaintiff,**                          21-CV-11223 (RA)(SN)

              -against-                             **ORDER**

**KYLE R. BONGERS, et al.,**

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendant Kazlow is ORDERED to file a notice of pro se appearance no later than October 24, 2022.  The form is available at: https://nysd.uscourts.gov/node/826. In a letter at ECF No. 151, Defendant Kazlow requested to receive documents at nkazlow@icloud.com. If Defendant Kazlow is making a request to receive documents by e-mail, he must consent to electronic service. Instructions for doing so are available at: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant at Noah Kazlow at 730 Bunker Road, Valley Stream, New York 11581.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     New York, New York
                October 3, 2022