UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DIAMOND HANDS CONSULTING LTD.,

                        Plaintiff,                    21-CV-11223 (RA)(SN)

        -against-                             **ORDER**

KYLE R. BONGERS, et al.,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has been advised that the Plaintiff and Defendant Kazlow have settled their claims. Accordingly, the Court recommends that Judge Abrams issue an order dismissing the claims against Defendant Kazlow with prejudice but with leave to reopen within 45 days. Separately, the Court requests a status letter regarding the settlement efforts with the remaining defendants by December 14, 2022. If that letter contains confidential information it may be emailed to chambers and not filed on the docket.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:      New York, New York
                 December 8, 2022