UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIAMOND HANDS CONSULTING LTD., <br><br> Plaintiff, <br><br> v. <br><br> KYLE R. BONGERS, *et al.*, <br><br> Defendants. | No. 21-cv-11223 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this action as against Defendant Noah Kazlow has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action as against Defendant Kazlow is dismissed with prejudice. The parties may make an application to restore the action against Defendant Kazlow to the Court's docket within forty-five (45) days. Any application to reopen this action as against Defendant Kazlow must be filed within forty-five (45) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same forty-five day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

SO ORDERED.

Dated:   December 24, 2022
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge