UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
DIAMOND HANDS CONSULTING LTD., :
                                Plaintiff, :
:
        v. :
:
KYLE R. BONGERS (a/k/a "BTCVIX" AND :
"DARTHVIX"); HURLEY BLAKE STARLING (a/k/a :
"DR. CRYPTO VENDOR"); NOAH KAZLOW (a/k/a :
"NIKOLAI WHITE" AND "NIKO"); AND JOHN DOE 1; :
                                Defendants. :
:
:
:
:
:
------------------------------------------------------------- x

No. 21 CV 11223 (RA) (SN)

The action now having been dismissed as against Defendants Bongers, Starling, and Kazlow, *see* Dkts. 183, 207, Plaintiff shall indicate whether it also intends to file a voluntary dismissal as against Defendant John Doe 1 no later than July 6, 2023.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
06/28/2023

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and having resolved this action through a written settlement agreement dated March 17, 2023, Plaintiff Diamond Hands Consulting, Ltd. ("DHC") and Defendants Kyle R. Bongers and Hurley Blake Starling (together "Defendants" and, with DHC, the "Parties") stipulate and agree to dismiss this action with prejudice, with each Party to bear its own costs, attorneys' fees, and expenses.

Dated: June 20, 2023

DEBEVOISE & PLIMPTON LLP

By: /s/ David H. Bernstein
    David H. Bernstein
    (dhbernstein@debevoise.com)
    Christopher S. Ford
    (csford@debevoise.com)
    Kathryn C. Saba
    (ksaba@debevoise.com)
66 Hudson Boulevard
New York, New York, 10001
(212) 909-6000

*Attorneys for Plaintiff*
*Diamond Hands Consulting Ltd.*

JUNEAU & MITCHELL

By: Todd L. Juneau
    Todd L. Juneau
    (tjuneau@juneaumitchell.com)
2121 Eisenhower Avenue, Suite 300
Alexandria, VA 22314
(703) 548-3569

*Attorney for Defendants*
*Kyle R. Bongers and Hurley Blake Starling*